UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   Angela F. R. Queen                                                    Case No. 12-62492

                                                          Chapter 7

             Debtor(s)

**MOTION FOR TURNOVER ORDER**

Comes now William F. Schneider, Trustee in the above-styled case, and moves the Court for the entry of an order requiring the Debtor to turn over to the Trustee a total of $5,345.60 consisting of: (1) $3,668.60 representing 83.3% of the debtor's half of the joint 2012 income tax refunds, and (2) $1,677.00 representing the net amount of wages the debtor earned from 10/20/12 through 10/30/12 that had not been paid by the 10/31/12 filing date of the debtor's bankruptcy petition.

The Trustee further moves the Court to include in the order that the Debtor be allowed to pay the $5,345.60 to the Trustee in twelve (12) monthly installments consisting of 11 equal payments of $445.47, and a 12th and final payment in the amount of $445.43, with the first payment due on April 8, 2013 and the final payment due on March 8, 2014.

                                                          Respectfully submitted,

Dated:  April 3, 2013                         **/s/ William F. Schneider**
                                                      William F. Schneider, Trustee
                                                        P.O. Box 739
                                                        Lynchburg, VA 24505
                                                        434.528.0411
                                                        434.845.3666 (fax)
                                                        wfs@abellaw.com